UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF CALIFORNIA,

        Plaintiff,                        Case Number 21-11983
v.                                                   Honorable David M. Lawson

NACHI AMERICA INC., and
NACHI-FUJIKOSHI CORPORATION,

        Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On August 26, 2021, the plaintiff filed the present action alleging various antitrust violations by the defendants. On the same day, the plaintiff filed a notice voluntarily dismissing the case with prejudice under Federal Rule of Civil Procedure 41(a)(1). The notice indicates that the dismissal is based on a settlement agreement, which the plaintiff attached to its notice as an exhibit. However, the settlement agreement was entered into by the parties on June 5, 2021, over two months before the complaint was filed. There was no apparent purpose for filing the complaint in this case, and no apparent purpose for lodging the settlement agreement on the docket of this Court. The case will be dismissed according to the notice, and the settlement agreement will be struck from the record.

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** and without costs to any party.

It is further **ORDERED** that the Clerk will **STRIKE from the record** the exhibit to the dismissal notice (ECF No. 2-1).

                                                                          s/David M. Lawson
                                                                          DAVID M. LAWSON
Dated:  August 26, 2021                                  United States District Judge